DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YOSBANI JOSEPH HERNANDEZ,**
Appellant,

v.

**SHUTTS & BOWEN LLP,**
Appellee.

No. 4D2025-1642

[April 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nickolaus Hunter Davis, Judge; L.T. Case No. 062023CA020630AXXXCE.

James Burnham, Palm Beach Gardens, for appellant.

Julissa Rodriguez of Shutts & Bowen LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***